**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **AR SYSTEMS, LLC** § | | |
| **D/B/A ACCURATE ROOF SYSTEMS** § | | |
|     **PLAINTIFF,** § | | |
| § | | |
| **VS.** § | **CIVIL ACTION NO:** _____ | |
| § | | |
| **BEST SOLAR NOW, LLC** § | | |
|     **DEFENDANT.** § | **JURY DEMANDED** | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff AR Systems, LLC d/b/a Accurate Roof Systems ("ARS") brings this suit against Defendant Best Solar Now, LLC (the "Best Solar Now"), and respectfully shows the Court as follows:

**I. NATURE OF SUIT**

1. ARS, a limited liability company formed under the laws of the State of Texas, brings this diversity suit against Best Solar Now, a limited liability company of the State of Nevada, for breach of contract, quantum meruit, and unjust enrichment to enforce an agreement between the Parties related to lead generation services provided by ARS.

**II. PARTIES**

2. Plaintiff AR Systems, LLC d/b/a Accurate Roof Systems is a limited liability company formed and existing under the laws of the State of Texas and is located at 10972 CR 140, No. 151, Flint, Smith County, Texas 75762. All members of AR Systems, LLC d/b/a Accurate Roof Systems are residents of the State of Texas.

3. Defendant Best Solar Now, LLC is a corporation formed and existing under the laws of the State of Nevada with its principal place of business located at 401 Ryland Street, Suite

200-A, Reno, Nevada, 89502. It may be served with the Complaint and Summons by serving the Texas Secretary of State at 1701 Directors Boulevard, Suite 300, Austin, Texas 78744.

### III. JURISDICTION & VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

5. This Court has personal jurisdiction over Best Solar Now because Best Solar Now has established minimum contacts in the Eastern District of Texas such that the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice due to it conducting business in Texas. Specifically, Best Solar Now has entered into contractual relationships with ARS to be performed in the Eastern District of Texas, which gives rise to the causes of action filed in this matter.

6. Venue is proper in the Eastern District of Texas, Tyler Division, pursuant to 28 U.S.C. § 1391(b), because a substantial part of the events or omissions giving rise to ARS' claims occurred in the Eastern District of Texas.

### IV. FACTS

7. ARS is in the business of providing residential and commercial roof repair, replacement, and preservation including providing services related to solar sales, installation, and maintenance.

8. Effective as of February 1, 2022, ARS and Best Solar Now entered into a Freelance Contract (the "Agreement") for ARS to provide services in lead and sales generation for Best Solar Now. A copy of the Agreement is attached as **Exhibit A** and incorporated by reference.

9. Specifically, the Agreement provided that ARS would generate personal leads and execute sales agreements for residential solar accounts for Best Solar Now. In exchange, Best Solar Now would compensate ARS at a 2.25 baseline for all deals submitted that were executed by ARS.

10. In July and August 2022, ARS provided six lead generations and secured corresponding sales contracts (the "Services") for Best Solar Now. ARS fully performed the Services in accordance with the terms of the Agreement for the six customers in question. Further, Best Solar Now has been paid in full by the customers for the Services performed by ARS.

11. Best Solar Now represented that it would promptly pay in full for the Services provided by ARS as described in the Agreement.

12. Best Solar Now accepted the Services provided by ARS.

13. ARS invoiced Best Solar Now for the Services pursuant to and consistent with the terms of the Agreement.

14. A summary of the contracts and amounts owed are as follows:

| Customer | Commission Owed | Date of Contract |
|---|---|---|
| Josh Payne | $17,232.00 | 7/9/2022 |
| Janna Phifer | $21,820.85 | 7/16/2022 |
| Diane Ford | $47,782.04 | 8/4/2022 |
| Don Parkins | $41,969.30 | 7/1/2022 |
| Cuauhtemoc Leon | $15,266.68 | 7/11/2022 |
| James Leath | $25,547.07 | 8/27/2022 |
| **Total** | **$169,617.94** | |

15. Despite written demand for payment sent on February 9, 2023, Best Solar Now has failed and refused to pay, and continue to refuse to pay, the amount due to ARS.

## VI. CLAIMS FOR RELIEF

**Count I – Breach of Contract**

16. ARS repeats and realleges the paragraphs above as if set forth fully herein.

17. ARS entered into a valid contract with Best Solar Now.

18. ARS performed its obligations under the Agreement as described above.

19. Best Solar Now failed to pay the amount owed to ARS under the Agreement, which is within the jurisdictional limits of this Court.

20. ARS has suffered damages of at least $169,617.94.

21. ARS is entitled to recover its attorney's fees from Best Solar Now pursuant to the terms of the Agreement and pursuant to Chapter 38 of the Texas Civil Practice & Remedies Code because its claims are for breach of contract.

**Count II – Unjust Enrichment**

22. ARS repeats and realleges the paragraphs above as if set forth fully herein.

23. Alternatively, Best Solar Now has been unjustly enriched at ARS' detriment in the amount of $169,617.94. ARS seeks recovery of the unjust enrichment.

**Count III – Quantum Meruit**

24. ARS repeats and realleges the paragraphs above as if set forth fully herein.

25. Alternatively, ARS provided the Services to Best Solar Now under circumstances which Best Solar Now knew, or reasonably should have known, that ARS expected payment, without making payment. Best Solar Now is therefore liable to ARS in the amount of $169,617.94, the reasonable value of the Services it furnished Best Solar Now for the six contracts.

## VIII. JURY DEMAND

26. ARS requests a jury trial.

## PRAYER

WHEREFORE, Plaintiff, AR Systems, LLC d/b/a Accurate Roof Systems prays that it recover from Defendant Best Solar Now, LLC the following:

1. Damages in the principal amount of $169,617.94;
2. Prejudgment interest at the highest rate permitted by Texas law;

3. Post-judgment interest at the highest rate permitted by Texas law;
4. Reasonable and necessary attorney's fees;
5. Court costs; and
6. Such other and further relief as the Court deems just.

Respectfully submitted,

/s/ *Eric Kolder*
ERIC KOLDER
State Bar Card No. 24083323
ekolder@rameyflock.com
ARCHER K. RAMEY
State Bar No. 24103596
aramey@rameyflock.com
100 E. Ferguson, Suite 500
Tyler, Texas 75702
(903) 597-3301

**ATTORNEYS FOR PLAINTIFF**