IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AR SYSTEMS, LLC d/b/a ACCURATE ROOF SYSTEMS | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:23-cv-392-JDK |
| BEST SOLAR NOW, LLC, | § § § | |
| Defendant. | § § | |

**DEFAULT JUDGMENT**

For the reasons stated in the Court's order (Docket No. 9), default judgment is hereby **ENTERED** in favor of Plaintiff AR Systems, LLC d/b/a Accurate Roof Systems ("AR Systems") pursuant to Federal Rule of Civil Procedure 55(b)(2). It is further

**ORDERED** that AR Systems shall recover from Defendant Best Solar Now, LLC ("Best Solar") actual damages in the amount of $169,617.94. It is further

**ORDERED** that AR Systems shall recover from Best Solar reasonable attorneys' fees in the amount of $3,920.50 and costs in the amount of $457, pursuant to Texas Civil Practice & Remedies Code § 38.001 and Federal Rule of Civil Procedure 54(d). It is further

**ORDERED** that AR Systems shall recover from Best Solar prejudgment interest in the amount of $4,779.51. It is further

**ORDERED** that AR Systems shall recover from Best Solar post-judgment interest on all amounts awarded at the rate of 5.16% per annum, compounded

annually from the date of judgment until judgment is paid in full, pursuant to 28 U.S.C. § 1961. It is further

**ORDERED** that this Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **7th**  day of **December, 2023.**

                                            JEREMY D. KERNODLE
                                            UNITED STATES DISTRICT JUDGE